costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Rose Cohen, Respondent, v. Albert Cohen, Appellant.— Order reversed and motion denied, with the exception that the defendant is directed to pay to the plaintiff the sum of sixty dollars a week for the support and maintenance of the child. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

The People of the State of New York ex rel. Clara Sullivan, Respondent, v. William J. Sullivan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Severnoe Securities Corporation, Respondent, v. London and Lancashire Insurance Company, Ltd., Appellant. Northern Insurance Company of Moscow, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Theodore Dudar, Respondent, v. Milef Realty Corporation and Another, Defendants, Impleaded with J. Harry McNally, Inc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Harry C. Smith, Suing on His Own Behalf and on Behalf of All Other Preferred Stockholders of Central Leather Company, Similarly Situated, Appellant, v. United States Leather Company and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Harry C. Smith, Suing on His Own Behalf, etc., Plaintiff, and Herbert F. Small and Others, as Executors, etc., of Ida Small, Deceased, Intervenors, Appellants, v. United States Leather Company and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Mellon-Stuart Company, Respondent, v. Loew's, Incorporated, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Mellon-Stuart Company, Appellant, v. Loew's, Incorporated, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Euphen Renton, Respondent, v. LeRoy P. Cheever (Appearing Specially, etc.), Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.